JS-6

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| IRVINE FUEL EXCHANGE, INC., a California corporation; KAMBIT, INC., a California corporation; and K&R SERVICES, INC., a California corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>PACIFIC CONVENIENCE AND FUELS, LLC, a business entity form unknown; and DOES 1 to 100, inclusive,<br><br>    Defendants. | Case No. SACV 11-283 JST (AGRx)<br><br>**JUDGMENT** |

1 | This Court, having entered an order on April 28, 2011, granting Defendant Pacific Convenience and Fuel, LLC's Motion for Judgment on the Pleadings and dismissing with prejudice Plaintiffs' Irvine Fuel Exchange, Inc.'s; Kambit, Inc.'s; and K &R Services, Inc.'s (collectively, "Plaintiffs") Petroleum Marketing Practices Act ("PMPA") claim and without prejudice Plaintiffs' remaining state law claims;

IT IS HEREBY ADJUDGED, ORDERED AND DECREED THAT:

1. Judgment shall be, and hereby is, entered in favor of Defendant Pacific Convenience and Fuel, LLC on Plaintiffs' PMPA claim;

2. Plaintiffs shall take nothing by reason of their Complaint filed herein; and

3. Defendant Pacific Convenience and Fuel, LLC shall recover from Plaintiffs their costs of suit.

Dated: May 27, 2011

_____
HON. JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE